```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

**THERESA M. CHITTUM, et al.,**

    **Plaintiffs,**

**v.**                                                   **Civil Action No: 1:04-0896**

**STATE AUTO INSURANCE COMPANIES,**

    **Defendant.**

<u>**JUDGMENT ORDER**</u>

    In accord with the Memorandum Opinion submitted herewith, the court ORDERS as follows:

    1.   Defendant's motion for summary judgment (Doc. No. 9) is GRANTED.

    2.   This matter is DISMISSED from the court's docket.

    The Clerk is hereby directed to send copies of this Judgment Order to all counsel of record.

    It is SO ORDERED this 20th day of April, 2005.

                                    ENTER:

                                    David A. Faber
                                    Chief Judge